**IN THE UNITED STATED DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MICHAEL VENDITT<br><br>vs.<br><br>NAPHCARE, INC., RAEPH LAUGHINGWELL, MD, and FDC CLINIC DIRECTOR | REMOVED FROM<br>COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>CIVIL ACTION NO. 241003168 |

**NOTICE OF FILING NOTICE OF REMOVAL**
**TO THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

TO:  Michael Venditti c/o
Matthew Weisberg, Esquire  and    Gary Shafkopf, Esquire
Weisberg Law                               Schafkopf Law, LLC

**PLEASE TAKE NOTICE** that Defendant, NaphCare , in the matter of Michael Venditti

v. NaphCare, Inc., et al. originally pending in the Court of Common Pleas in the County of

Philadelphia, Pennsylvania, October Term, 2024 No. 241003168 files in the United States

District Court for the Eastern District of Pennsylvania, its Notice of Removal of said case to the

Eastern District of Pennsylvania.  A copy of the Notice of Removal is attached hereto and served

herewith.

                                                    **MARKS, O'NEILL, O'BRIEN,**
                                                    **DOHERTY & KELLY, P.C.**

                                                        */s/  Mark Merlini*

                                        By: _____
                                                    Mark P. Merlini, Esquire
                                                    Attorney I.D. No.: 201208
                                                    One Penn Center
                                                    1617 JFK Boulevard, Suite 1010
                                                    Philadelphia, Pa. 19103
                                                    215-564-6688
                                                    Attorney for Defendant, NaphCare, Inc.

**IN THE UNITED STATED DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MICHAEL VENDITT<br><br>                    vs.<br><br>NAPHCARE, INC., REAPH<br>LAUGHINGWELL, MD, and FDC CLINIC<br>DIRECTOR | REMOVED FROM<br>COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>CIVIL ACTION NO. 241003168 |

**<u>NOTICE OF REMOVAL</u>**

AND NOW, Defendant, NaphCare, Inc., by and through undersigned counsel, hereby removes the civil action captioned as <u>Michael Venditti v. NaphCare, Inc., et al.</u> originally pending in the Court of Common Pleas in the County of Philadelphia, Pennsylvania, under Docket No. 241003168, to the United States District Court for the Eastern District of Pennsylvania and provides notice of same to counsel representing Plaintiff. In support of the removal, Defendant, NaphCare, Inc. ("Removing Defendant"), avers as follows:

1.      Plaintiff initially filed this action in the Philadelphia County Court of Common Pleas by filing a Writ of Summons against NaphCare, Inc, Reaph Laughingwell, MD and FDC Clinical Director on or about October 23, 2024.  A copy of the initial Praecipe to Issue Writ of Summons is attached hereto as Exhibit "A".

2.      Plaintiff filed a Complaint on December 20, 2024 asserting claims against all defendants identified above, including Removing Defendant.  A copy of Plaintiff's Complaint is attached hereto as Exhibit "B".

3.      The Complaint was served upon defense counsel electronically on December 24, 2024.  See electronic notice from Court, attached hereto as Exhibit "C".

4.      This Notice of Removal is being filed within thirty (30) days after receipt by the Defendants of the initial pleading setting forth the claim for relief upon which this action is based in accordance with 28 U.S.C. §1446(b).

5.  Plaintiff's Complaint alleges that all defendants violated the constitutional rights of Michael Venditti.  See Plaintiff's Complaint, attached as Exhibit "B".

6.      Specifically, in Count One of the Complaint, asserting a claim under 42 U.S.C. § 1983, Plaintiff states:

> 35. Upon information and belief, Defendant Naphcare, Inc. has a policy, practice, or custom of delaying and denying medical care to inmates receiving no or untimely medical care.
>
> 36. Upon information and belef, Defendant Naphcare, Inc., has an administrative broad that is the final decision maker for the aforesaid policy, practice, or custom.
>
> 37. As a result of Defendants' conduct Plaintiff has suffered permanent injury to his arm.
>
> 38.      Defendants caused Plaintiff to suffer cruel and unusual punishment in violation of the Fourteenth Amendment of the United States Constitution, actionable through 42 U.S.C §1983.

See Exhibit "B" at page 6, paragraphs 35 and 38.

7.      An action may be removed from state court to federal court if the federal district court would have original jurisdiction over the lawsuit.  See 28 U.S.C  § 1441(a).

8.      Original jurisdiction exists where, as in this case, Plaintiff asserts claims under the US Constitution and federal law (42 U.S.C. § 1983).  Id.

9.      Plaintiff's claims are, in fact, claims arising under the laws of the United States, and this action a be removed to this Court pursuant to provisions of 28 U.S.C. §1446(b)

10.      Pursuant to 28 U.S.C. § 1446, Removing Defendants have timely filed this Notice of Removal.

11.     Promptly after filing this Notice of Removal in this Honorable Court, a copy of this Notice of Removal will be filed with the Court of Common Pleas of Philadelphia County, Commonwealth of Pennsylvania, in accordance with 28 United States Code, Section 1446(d).

12.     ***Copies of all process, pleadings and order served upon defendants as of the time of this removal are attached hereto in accordance with 28 United States Code, Section 1446(a). See Exhibits "A" - "C" as well as Philadelphia County Docket sheet, attached hereto as Exhibit "D".***

13.     Defendant has contemporaneously with the filing of this Notice of Removal given written notice to Plaintiff's counsel as indicated in the attached Certificate of Service.

14.     In addition, all remaining co-defendants have not been properly served. As such, Removing Defendant provided written notice as demonstrated by the attached Certificate of Service to all remaining Co-Defendants in accordance with 28 U.S.C. § 1446 (b)(2)(a).  See Exhibit "E".

14.     Defendants have therefore complied with all requirements for removal under Title 28, United States Code.

**WHEREFORE**, Defendant respectfully requests that this action, currently docketed in the Court of Common Pleas of Philadelphia County be removed to the United States District Court for the Eastern District of Pennsylvania.

**MARKS, O'NEILL, O'BRIEN,
DOHERTY & KELLY, P.C.**

*/s/  Mark Merlini*

By: _____

Mark P. Merlini, Esquire
Attorney I.D. No.: 201208
1617 JFK Boulevard, Suite 1010
Philadelphia, Pa. 19103
215-564-6688
Attorney for Defendant, NaphCare, Inc.

3